# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1674<br><br>Hon. Gary L. Lancaster |
| THIS DOCUMENT RELATES TO THIS ACTION:<br><br>JOHN DRENNEN, ET AL.<br>        Plaintiffs,<br><br>v.<br><br>COMMUNITY BANK OF NORTHERN VIRGINIA, ET AL.<br><br>        Defendants. | Civil Action No. 2:05-cv-01386-GLL<br><br>United States District Court for the Western District of Pennsylvania<br><br>Case No. 4:05-cv-00665-GAF<br><br>United States District Court for the Western District of Missouri |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby dismiss Defendant Federal Deposit Insurance Corporation, as receiver for Guaranty National Bank of Tallahassee, from this lawsuit pursuant to Fed.R.Civ.P. 41(a)(1)(i), *without prejudice*.

Dated: November 3, 2005

        Respectfully submitted,

        WALTERS BENDER STROHBEHN &
         VAUGHAN, P.C.

        By   /s/ Garrett M. Hodes
          J. Michael Vaughan - Mo. Bar 24989
          David M. Skeens - Mo. Bar 35728
          Kip D. Richards - Mo. Bar 39743
          Garrett M. Hodes - Mo. Bar 50221
        2500 City Center Square
        12th & Baltimore
        P.O. Box 26188
        Kansas City, MO  64196
        (816) 421-6620
        (816) 421-4747 (Facsimile)

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the United States District Court for the Western District of Pennsylvania in with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 3rd day of November 2005.

          /s/ Garrett M. Hodes
        ATTORNEYS FOR PLAINTIFFS