IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DRENNEN, ET AL., <br> Plaintiffs, <br><br> v. <br><br> PNC BANK, NATIONAL ASSOCIATION, ET AL., <br> Defendants. | Civil Action No. 05-1386 |

ORDER

AND NOW, this 1st day of December, 2008, the Court having received plaintiffs' Motion to Hold Further Briefing and Disposition of Defendants' Motions for Judgment on the Pleadings In Abeyance Pending Appeal [document #43], IS HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that any response in opposition to the Motions for Judgment on the Pleadings [documents #39 and 41] shall be filed on or before December 15, 2008. Any reply to a response shall be filed on or before December 30, 2008. **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

_____, J.
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record