IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN AND ROWENA DRENNEN, )
DAVID AND DIANE GARNER, )
and SHAWN AND LORENE STARKEY, )
                            )
      Plaintiffs, )
                            )
     v. )     Civil Action No. 05-1386
                            )
COMMUNITY BANK OF NORTHERN )
VIRGINIA, et. al )
                            )
      Defendants. )

ORDER

     AND NOW, this 16th day of March, 2009, IT IS HEREBY
ORDERED THAT defendants' motions for judgment on the pleadings
[Doc. Nos. 39 and 41], which the court has construed as second
motions to dismiss, are GRANTED. Defendants first motions to
dismiss [Doc. Nos. 8 and 10] are DENIED, as moot.

                             BY THE COURT:

                             _____, J.